## CENTRAL MANUFACTURING, INC., Appellant,

v.

## BACOU–DALLOZ USA SAFETY, INC. (formerly known as Bacou USA Safety, Inc. by merger with Uvex Safety, Inc.), Appellee.

### No. 03–1415.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 28, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).